SILAS R. HILL, RESPONDENT, *v.* THE SYRACUSE, BINGHAMTON & N. Y. RAILROAD COMPANY, APPELLANT.

*Referee's finding not supported by the evidence.*

THE action was for breach of contract, arising from the delay of the defendant in the delivery of wool. The referee reported in favor of plaintiff, and judgment was entered upon his report, from which the defendant appealed. The court was of opinion that the finding of the referee as to the price of the wool at the time of delivery, was not sustained by the evidence, and directed a reversal of the judgment, and that a new trial be had.

*Sedgwick, Kennedy & Tracy,* for the appellant.

*L. B. Kern,* for the respondent.

Opinion by MILLER, P. J.

Present—MILLER, P. J., BOCKES and BOARDMAN, JJ.

Judgment reversed, new trial granted, and referee discharged, with costs to abide the event.